USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2023

U.S. Department

United States A
Southern Distri

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 27, 2023

**BY EMAIL AND ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Joseph Winget*, 22 Cr. 228 (AT)

Dear Judge Torres:

The Government and counsel for Mr. Winget write jointly to provide the Court with a status update and to seek an adjournment of all trial deadlines in the above-captioned case. As the Court is aware, a trial date in this matter is presently set for May 15, 2023. In an order dated January 12, 2023, the Court instructed the parties to file motions in limine, proposed voir dire questions, requests to charge, and verdict forms by March 24, 2023. (*See* ECF No. 56.)

The Government and defense counsel have been engaging in discussions about the appropriate outcome of this case, and the parties are optimistic that the case will resolve short of trial. The parties therefore propose that the Court adjourn the trial and instead schedule a status conference for May 15. The parties further request that the Court adjourn the filing of pretrial materials. If a resolution is reached prior to May 15, the parties will let the Court know as soon as possible. If a resolution has not yet been reached by May 15, the parties propose that a new trial schedule be set at that conference.

GRANTED in part, DENIED in part. The trial scheduled to begin May 15, 2023, is ADJOURNED to **August 14, 2023**, at **9:00 a.m.** The final pretrial conference scheduled for May 2, 2023, is ADJOURNED to **August 1, 2023**, at **3:00 p.m.** By **June 5, 2023**, Defendant shall file his pretrial motions. By **June 19, 2023**, the Government shall respond to Defendant's motions. By **July 3, 2023**, the parties shall file any motions in limine. By **July 24, 2023**, the parties shall file any oppositions to any motions in limine. By **July 3, 2023**, the parties shall submit joint proposed voir dire questions, requests to charge, and verdict forms. By **May 15, 2023**, the parties shall file a joint letter advising the Court of the status of the parties' discussions regarding pretrial resolution.

SO ORDERED.

Dated: March 28, 2023
   New York, New York

ANALISA TORRES
United States District Judge