```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/09/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSEPH WINGET,

                Defendant.

22 Cr. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference currently scheduled for April 16, 2024, at 1:00 p.m. is RESCHEDULED for **April 16, 2024**, at **10:00 a.m.**

    By **April 12, 2024**, the parties shall inform the Court of any matters they intend to discuss during the status conference.

    SO ORDERED.

Dated: April 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge